# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| Federal Insurance Company,<br>                Plaintiff,<br>v.<br>Claire M. Schenk, as Receiver over Acartha Group LLC, MIC VII, LLC, Acartha Technology Partners, LP, and Gryphon Investments II, LLC, Douglas Morriss, Pryor Cashman LLP, Jacobs Partners LLC, Christopher Aliprandi, Ameet Patel, David Truetzel, Robert Wetzel, Johne Wehrle, Dixon Brown, and Wynne Morriss,<br>                Defendants. | Civil Action No. 4:12-cv-2117 |

## ORDER

Pursuant to Rule 67 of the Federal Rules of Civil Procedure, plaintiff Federal Insurance Company ("Federal") has moved the Court for an order authorizing the deposit into the Registry of the Court the amount of $1,887,902.56, which represents the proceeds from the remaining limit of liability under Federal's Venture Capital Asset Protection Policy No. 8207-6676 issued to Acartha Group LLC.

The Clerk is hereby Ordered to deposit the funds in a money market account or other instrument, at the prevailing rate of interest at a federally approved financial institution. The initial investment is subject to the collateral provisions of Treasury Circular 176.

The Clerk shall deduct the administrative registry fee, set by the Director of the Administrative Office of the U. S. Courts at ten percent of the interest earned or as indicated based on the amount and time of deposit into the court, without further order of the court. Said fee is authorized by the Judicial Conference of the United States.

SO ORDERED.

Date: 12-14-12

_/s/_ District Court Judge