IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| FEDERAL INSURANCE COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.: 4:12 CV 2117 |
| | ) |
| CLAIRE M. SCHENK, et al., | ) |
| | ) |
| Defendants. | ) |

**ENTRY OF APPEARANCE**

COMES NOW Stephen R. Welby, and respectfully enters his appearance as counsel of record for Defendant Wynne Morriss in the above cause.

Respectfully submitted,

THE WELBY LAW FIRM, LLC

*/S/ Stephen R. Welby*
STEPHEN R. WELBY, #42336MO
1221 Locust Street, 4th Floor
St. Louis, Missouri 63103
(314) 436-1888/ FAX (314) 436-1811
welbylawfirm@yahoo.com

**CERTIFICATE OF SERVICE**

I hereby certify that on December 18, 2012, the foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all counsel of record.

*/S/ Stephen R. Welby*