# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| **FEDERAL INSURANCE COMPANY,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) Case No. 4:12-CV-2117 HEA |
| v. | ) |
| | ) |
| **CLAIRE M. SCHENK, as Receiver, et al.** | ) |
| | ) |
| **Defendants.** | ) |

## ENTRY OF APPEARANCE

COMES NOW Catherine L. Hanaway and John R. Ashcroft, and Ashcroft Hanaway, LLC and hereby enters their appearance as counsel for Defendant Burton Douglas Morriss. The undersigned requests that copies of all future pleadings, notices, and correspondence be sent to their attention.

Respectfully Submitted,

ASHCROFT HANAWAY, LLC

By: /s/ Catherine L. Hanaway
   Catherine L. Hanaway, # 41208MO
   John R. Ashcroft, # 61078MO
   222 S. Central Avenue, Suite 110
   St. Louis, MO 63105
   Phone: (314) 863-7001
   Fax: (314) 863-7008
   chanaway@ashcroftlawfirm.com
   jrashcroft@ashcroftlawfirm.com

## **CERTIFICATE OF SERVICE**

       I hereby certify that on January 11, 2013, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

Andrew J. Scavotto
Stinson Morrison Hecker LLP
7700 Forsyth, Suite 1100
St. Louis, MO 63105
(314) 863-0800
ascavotto@stinson.com

Scott C. Hecht
Stinson Morrison Hecker LLP
1201 Walnut Street, Suite 2900
Kansas City, MO 64106
(816) 842-8600
shecht@stinson.com

Robert J.A. Zito
Carter Ledyard & Milburn LLP
Two Wall Street
New York, NY 10005
(212) 238-8768
zito@clm.com

Stephen R. Welby
Welby Law Firm
1221 Locust Street, 4th Floor
St. Louis, MO 63103
(314) 436-1888
welbylawfirm@yahoo.com

Hardy C. Menees
JoAnn Trog
Menees Whitney Burnet & Trog
121 West Adams Avenue
St. Louis, MO 63122
(314) 821-1111
menees@sbcglobal.net
jtrogmwb@aol.com

Jeffrey Jensen
Jensen Bartlett & Schelp LLC
222 S. Central Avenue, Suite 110
St. Louis, MO 63105
(314) 725-3939
jjensen@jbslawyers.com

Robert M. Fleischer
Pryor Cashman LLP
7 Times Square
New York, NY 10036
(212) 421-4100
rfleischer@pryorcashman.com

Gary P. Seligman
David H. Topol
Wiley Rein LLP
1776 K Street NW
Washington, DC 20006
(202) 719-3587
gseligman@wileyrein.com
dtopol@wilerrein.com

       /s/ Catherine L. Hanaway
      Catherine L. Hanaway, # 41208MO
      Attorney for Defendant Burton Douglas Morriss