RECEIVED
JAN 1 5 2013
BY MAIL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

---------------------------------------------------------------X
Federal Insurance Company,                     :
                                                :
                Plaintiff,                      :
                                                :
v.                                              :
                                                :   Case No.: 4:12-cv-2117 HEA
Claire M. Schenk, et al.,                       :
                                                :
                Defendants.                     :
---------------------------------------------------------------X

## VERIFIED MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 12 of the local rules of the United States District Court for the Eastern District of Missouri, I, Robert J.A. Zito, move to be admitted pro hac vice to the bar of this court for the purpose of representing Defendants Christopher Aliprandi and Ameet Patel in this matter. In support of this motion, I submit the following information as required by Rule 12.01(F):

(a) Full Name of movant-attorney:

**Robert J.A. Zito**

(b) Address, telephone number and fax number of the movant-attorney:

**Two Wall Street
New York, New York, 10005
Telephone: (212) 238-8768
Facsimile: (212) 732-3232**

(c) Name of the firm or letterhead under which the movant practices:

**Carter Ledyard & Milburn LLP**

(d) Name of the law school movant attended and date of graduation therefrom:

**New York Law School, 1981**

(e) Bars, state and federal, of which the movant is a member, with dates of admission and registration numbers, if any:

**New York (Bar No.: 1833466; admitted 1/19/1983)**

**U.S.D.C., Eastern District of New York (admitted 2/18/1982)**

**U.S.D.C., Southern District of New York (admitted 3/1/1983)**

**U.S. Tax Court (admitted 11/18/1984)**

**U.S. Supreme Court (admitted 2/22/1988)**

#4644033088

      U.S. Court of Appeals, Second Circuit (admitted 4/15/1988)

      U.S.D.C., Northern District of New York (admitted 5/17/1993)

      U.S. Court of Appeals, Ninth Circuit (admitted 3/21/2000)

      U.S.D.C., Eastern District of Michigan (8/9/2005)

(f)     The movant is a member in good standing of all bars of which movant is a member; the movant is not under suspension or disbarment from any bar; the movant has attached to this motion a certificate of good standing in the bar of the jurisdiction in which the movant resides or is regularly employed as an attorney.

(g)     Movant does not reside in the Eastern District of Missouri, is not regularly employed in this district and is not regularly engaged in the practice of law in this district.

Movant attests under penalty of perjury the truth and accuracy of the foregoing facts, and respectfully requests that this motion be granted and that the movant be admitted pro hac vice to the bar of this court to appear in the instant matter.

Respectfully submitted,

_____
Robert J.A. Zito
Carter Ledyard & Milburn LLP
Two Wall Street
New York, New York 10005
Telephone:  (212) 238-8786
Facsimile:  (212) 732-3232
E-mail:  zito@clm.com

*Attorneys for Defendants*
*Christopher Aliprandi and Ameet Patel*

2



# Appellate Division of the Supreme Court of the State of New York Second Judicial Department

I, **Aprilanne Agostino**, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that **Robert John Amadeus Zito** was duly licensed and admitted to practice as an Attorney and Counselor-at-Law in all the courts of the State, according to the laws of the State and the court rules and orders, on the **19 th** day of **January 1983**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors-at-Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand and affixed the seal of said Appellate Division on December 13, 2012.

Clerk of the Court