# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| **FEDERAL INSURANCE COMPANY,** | ) |
| | ) |
|       **Plaintiff,** | ) |
| | ) Case No. 4:12-CV-2117 HEA |
| **v.** | ) |
| | ) |
| **CLAIRE M. SCHENK, as Receiver, et al.** | ) |
| | ) |
|       **Defendants.** | ) |

## CONSENT MOTION FOR EXTENSION OF TIME
## TO ANSWER COMPLAINT FOR INTERPLEADER

COMES NOW the Defendant Burton Douglas Morriss ("Morriss") and for his Motion for Extension of Time to file an Answer to the Complaint for Interpleader states as follows:

1. On November 13, 2012, the Plaintiff filed a Complaint for Interpleader. Although, the Defendants accepted service on varying dates, all parties have agreed that an extension of the time to file an Answer and a uniform Answer date may help facilitate an early resolution of the Interpleader action.

2. However, one of the defendants, the Receiver for Acartha Group LLC, MIC VII, LLC, Acartha Technology Partners, LP and Gryphon Investments III, LLC, has not yet accepted service. It is our understanding that a Motion to lift a stay of litigation against the Receiver will be filed within a few days so that she may accept service in this Interpleader action.

3. Defendant Douglas Morriss respectfully requests that he be given an extension of time to file an Answer, to and including the date on which the Receiver's Answer will become due.

Respectfully submitted this 25th day of January, 2013.

        ASHCROFT HANAWAY, LLC
        By: /s/ Catherine L. Hanaway
        Catherine L. Hanaway, # 41208MO
        222 S. Central Avenue, Suite 110
        St. Louis, MO 63105
        Phone: (314) 863-7001
        Fax: (314) 863-7008
        chanaway@ashcroftlawfirm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 25, 2013, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

Andrew J. Scavotto
Stinson Morrison Hecker LLP
7700 Forsyth, Suite 1100
St. Louis, MO 63105
(314) 863-0800
ascavotto@stinson.com

Scott C. Hecht
Stinson Morrison Hecker LLP
1201 Walnut Street, Suite 2900
Kansas City, MO 64106
(816) 842-8600
shecht@stinson.com

Robert J.A. Zito
Carter Ledyard & Milburn LLP
Two Wall Street
New York, NY 10005
(212) 238-8768
zito@clm.com

Stephen R. Welby
Welby Law Firm
1221 Locust Street, 4th Floor
St. Louis, MO 63103
(314) 436-1888
welbylawfirm@yahoo.com

Hardy C. Menees
JoAnn Trog
Menees Whitney Burnet & Trog
121 West Adams Avenue
St. Louis, MO 63122
(314) 821-1111
menees@sbcglobal.net
jtrogmwb@aol.com

Jeffrey Jensen
Jensen Bartlett & Schelp LLC
222 S. Central Avenue, Suite 110
St. Louis, MO 63105
(314) 725-3939
jjensen@jbslawyers.com

Robert M. Fleischer
Pryor Cashman LLP
7 Times Square
New York, NY 10036
(212) 421-4100
rfleischer@pryorcashman.com

Gary P. Seligman
David H. Topol
Wiley Rein LLP
1776 K Street NW
Washington, DC 20006
(202) 719-3587
gseligman@wileyrein.com
dtopol@wilerrein.com

Guy Petrillo
Petrillo Klein & Boxer LLP
655 Third Avenue, 22nd Floor
New York, NY 10017
(212) 370-0330
gpetrillo@pkbllp.com


      /s/ Catherine L. Hanaway
Catherine L. Hanaway, # 41208MO
Attorney for Defendant Burton Douglas Morriss