UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **FEDERAL INSURANCE COMPANY,** | ) |
| **Plaintiff,** | ) ) ) |
| vs. | ) No. 4:12 CV 2117 HEA ) |
| **CLAIRE M. SCHENK, as Receiver, et al.,** | ) ) |
| **Defendants.** | ) |

## DEFENDANT DIXON BROWN'S CONSENT MOTION FOR EXTENSION OF TIME TO FILE ANSWER TO COMPLAINT

Comes now Defendant DIXON BROWN, by and through counsel, and for his Consent Motion for Extension of Time to File Answer to Complaint, states as follows:

1. Plaintiff filed its Complaint (Document 1) on November 13, 2012.

2. On December 17, 2012, Defendant Brown's Waiver of Service (Document 13) was filed with the Court thereby requiring an Answer to be filed on January 28, 2013.

3. All parties have agreed that an extension of the time to file an Answer and a uniform Answer date may help facilitate an early resolution of the Interpleader action.

4. Defendant Claire M. Schenk, as Receiver for Acatha Group LLC, MIC VII, LLC, Acartha Technology Partners, LP, and Gryphon Investments III, LLC, has not yet accepted service, although it is anticipated that a Motion to lift a stay of litigation against the Receiver will be filed within a few days so that she may accept service of summons in this Interpleader action.

5. Defendant Dixon Brown respectfully requests that he be given an extension of time to file his Answer, to and including the date on which the Receiver's Answer will become due.

1

WHEREFORE, for the forgoing reasons, Defendant prays that this Court order that Defendant Dixon Brown be granted an extension of time to file his Answer, to and including the date on which the Receiver's Answer will become due and any further relief as the Court deems proper in the premises.

Respectfully submitted,

/S/  HARDY C. MENEES
HARDY C. MENEES            23374MO
JoANN  TROG                42725MO
Attorney for Defendant Dixon Brown
121 West Adams Avenue
St. Louis, Missouri 63122
Telephone:  (314) 821-1111
Facsimile:  (314) 821-9798
E-Mail:     menees@sbcglobal.net
            jtrogmwb@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 28, 2013, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

Andrew J. Scavatto
Stinson Morrison Hecker LLP
7700 Forsyth, Suite 1100
St. Louis, Missouri 63105

Scott C. Hecht
Stinson Morrison Hecker LLP
1201 Walnut Street, Suite 2900
Kansas City, Missouri 64106

Gary P. Seligman
David H. Topol
Wiley Rein LLP
1776 K Street NW
Washington, D.C. 20006

Catherine L. Hanaway
Ashcroft Hanaway LLC
222 South Central Avenue, Suite 110
St. Louis, Missouri 63105

Robert J.A. Zito
Cater Ledyard & Milburn LLP
Two Wall Street
New York, New York 10005

Stephen R. Welby
Welby Law Firm
1221 Locust Street, 4th Floor
St. Louis, Missouri 63103

Jeffrey Jensen
Jensen Bartless & Schlep LLC
222 South Central, Suite 110
St. Louis, Missouri 63105

Robert M. Fleischer
Pryon Cashman LLP
7 Times Square
New York, New York 10036

Guy Petrillo
PetrilloKlein & Boxer LLP
655 Third Aveneu, 22nd Floor
New York, New York 10017

/s/ **HARDY C. MENEES**

3